FILED
2006 Jul-13 PM 04:14
U.S. DISTRICT COURT
N.D. OF ALABAMA

```
          IN THE UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF ALABAMA
                    SOUTHERN DIVISION
```

CHASSITY FOSTER,                }
                                }
    Plaintiff,                  }
                                }        CIVIL ACTION NO.
v.                              }        06-AR-1231-S
                                }
NATIONWIDE MUTUAL FIRE          }
INSURANCE COMPANY, et al.,      }
                                }
    Defendants.                 }

## MEMORANDUM OPINION

The above-entitled action was removed by defendant, Nationwide Mutual Fire Insurance Company, from the Circuit Court of Jefferson County, Alabama, pursuant to 28 U.S.C. § 1332, based on the admitted diversity of citizenship of plaintiff and defendant, and the alleged existence of the requisite amount in controversy. Plaintiff has filed a motion to remand in which she concedes that she will not seek, and will not accept, anything from defendant of a value exceeding $75,000. This binding concession removes any ambiguity as to the amount in controversy and eliminates this court's jurisdiction. For this reason, the motion to remand has been conceded by defendant and will be granted by separate order.

DONE this 13th day of July, 2006.

_____
WILLIAM M. ACKER, JR.

UNITED STATES DISTRICT JUDGE